# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MAGWITCH L.L.C. | Plaintiff, |
| -v- | |
| PUSSER'S INC., PUSSER'S LTD., PUSSER'S WEST INDIES LTD., and CHARLES S. TOBIAS | Defendant. |

Case No. 08 cv 2144 (LTS)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Pusser's Inc, Pusser's LTD, and Pusser's West Indies LTD    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

- NONE -

**Date:** March 3, 2007

**Signature of Attorney**

**Attorney Bar Code:** GG-2857