CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2008, a true and correct copy of the *Notice of Removal* together with exhibits attached thereto was served by first-class U.S. mail, postage prepaid, on:

> Andrew W. Heymann, Esq.
> SOLOMON PEARL BLUM HEYMANN & STITCH LLP
> 40 Wall Street, 35th Floor
> New York, New York  10004
>
> *Counsel for Magwitch L.L.C.*

            _____s/ Gregory W. Gilliam_____
               Gregory W. Gilliam