Gregory W. Gilliam (GG 2857)
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Tel: (212) 307-5500
Attorneys for Defendants Pusser's Inc., Pusser's Ltd.,
Pusser's West Indies Ltd., and Charles S. Tobias

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

| | |
|---|---|
| MAGWITCH L.L.C., | Case No. 08cv2144 (LTS)(GWG) |
| Plaintiff, | ECF Case |
| -against- | |
| PUSSER'S INC., PUSSER'S LTD., PUSSER'S WEST INDIES LTD and CHARLES S. TOBIAS, | **NOTICE OF MOTION TO DISMISS** |
| Defendants. | |

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE THAT** that pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendants Pusser's Inc., Pusser's Ltd., Pusser's West Indies Ltd. and Charles S. Tobias, will move this Court, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, before the Honorable Laura T. Swain, on a date to be determined by the Court for an Order dismissing the proposed Complaint in its entirety due to the lack of personal jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants shall rely upon the Memorandum of Law, Declaration of Charles S. Tobias, and Declaration of Gregory W. Gilliam, together with accompanying exhibits submitted

concurrently herewith in support thereof, all pleadings of record, and oral argument which is respectfully requested.

**PLEASE TAKE FURTHER NOTICE** that pursuant the Individual Practices of Judge Laura Taylor Swain, Rule 2.B, counsel for Venable LLP made a reasonable attempt to prevent plaintiff from bringing the instant action.

Dated: New York, New York  
       March 10, 2008

VENABLE LLP

By:   s/Gregory W. Gilliam  
Gregory W. Gilliam (GG 2857)  
Rockefeller Center  
1270 Avenue of the Americas  
25th Floor  
New York, New York  10020  
Tel: (212) 307-5500

*Attorneys for Defendants Pusser's Inc., Pusser's Ltd., Pusser's West Indies Ltd., and Charles S. Tobias*

*TO*:

    Andrew W. Heymann, Esq.  
    SOLOMON PEARL BLUM  
    HEYMANN & STITCH LLP  
    40 Wall Street, 35th Floor  
    New York, New York  10004

    *Attorneys for Plaintiff Magwitch L.L.C.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of March, 2008, a true and correct copy of the *Notice of Motion to Dismiss, Memorandum of Law in Support of Defendants' motion to Dismiss, Declaration of Charles S. Tobias in Support of Defendants' Motion to Dismiss* with accompanying exhibits, and *Declaration of Gregory W. Gilliam in Support of Defendant's Motion to Dismiss* with accompanying exhibits served by first-class U.S. mail, postage prepaid, on:

>Andrew W. Heymann, Esq.
>SOLOMONPEARL BLUM HEYMANN & STITCH LLP
>40 Wall Street, 35th Floor
>New York, New York 1004
>*Counsel for Magwitch L.L.C.*

                                          s/Gregory W. Gilliam
                                            Gregory W. Gilliam