TEL 212.267.7600
FAX 212.267.2030

**Solomon Pearl Blum Heymann & Stich LLP**
Attorneys and Counselors-At-Law

40 Wall Street
35th floor
New York, NY 10005

solpearl@solpearl.com
www.solpearl.com

March 24, 2008



BY FACSIMILE TRANSMISSION
(212) 805-0417

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10017

Re:　Magwitch L.L.C. v. Pusser's Inc., et al., 08 Civ. 2144 (LTS)

Dear Judge Swain:

　　We are counsel to the plaintiff in the above-referenced action recently removed from the Supreme Court of the State of New York, County of New York. Currently pending before your Honor is a motion by the defendants to dismiss the action for a lack of personal jurisdiction, served March 10, 2008 (the "Motion").

　　We write pursuant to Rule 1(E) of your Honor's Individual Rules of Practice to request a ten day extension of time for the plaintiff to respond to the Motion. The original date for response is today, March 24, 2008, making the new date of response April 3, 2008. No previous request for an extension of time as been requested by either party. Importantly, counsel for the defendants, Veneable LLP, by Gregory W. Gilliam, has consented to the extension of time, and has approved this letter in advance. To our knowledge, this extension of time will not impact any other scheduled dates.

New York
Denver
U.S. Virgin Islands

The Honorable Laura Taylor Swain     - 2 -     March 24, 2008

Accordingly, it is respectfully requested that this Court grant the requested extension.

Respectfully,

*/s/ David P. Stich*

David P. Stich

cc: Gregory W. Gilliam, Esq
    By Email

The request is granted.

SO ORDERED.

*/s/ 3/24/08*

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Solomon Pearl Blum Heymann & Stich LLP