UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGWITCH L.L.C.,

                Plaintiff,

    v.

PUSSER'S INC., PUSSER'S LTD., PUSSER'S WEST INDIES LIMITED and CHARLES S. TOBIAS,

                Defendants.

Civil Action No. 08-2144 (LTS)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK )

YESENIA ZEA, being duly sworn, hereby deposes and says:

1. I am over eighteen years of age, not a party to this action and reside in Queens, New York.

2. On April 3, 2008, I served a copy of the annexed NOTICE OF MOTION TO REMAND, by dispatching the same, enclosed in a securely sealed prepaid envelope, with a provider of overnight delivery services which regularly accepts packages for overnight delivery to any address within the State of New York, prior to the overnight delivery service's latest deadline for overnight delivery, addressed as follows:

    Gregory W. Gilliam, Esq.
    VENABLE LLP
    Attorneys for Defendants
    1270 Avenue of the Americas
    25th Floor
    New York, New York 10020

                                                  Yesenia Zea

Sworn to before me this
____ day of April, 2008

_____
Notary Public

    Jill H. Teitel
    Notary Public, State of New York
    Registration #02TE5069470
    Qualified in Kings County
    My Commission Expires Nov. 25, 2010