**VENABLE**LLP

Rockefeller Center
1270 Avenue of the Americas
The Twenty-Fifth Floor
New York, New York 10020

Telephone 212-307-5500
Facsimile 212-307-5598

www.venable.com

April 17, 2008

ggilliam@venable.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 8 2008

**MEMO ENDORSED**

**_BY FACSIMILE_**
**212-805-0426**

The Honorable Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

Re: _Magwitch L.L.C. v. Pusser's Inc., et al.,_
_Case No. 08cv2144(LTS)_

Dear Judge Swain:

My firm represents the defendants Pusser's Inc., Pusser's Ltd., Pusser's West Indies, Ltd., and Charles S. Tobias (collectively, the "Defendants") in the above-referenced action. Currently pending before your Honor is a motion served April 3, 2008, by the Plaintiff to remand the action back to the New York Supreme Court (the "Motion").

I write pursuant to Rule 1(E) of your Honor's Individual Rules of Practice to request a four-day extension of time for the Defendants to respond to the Motion. The original date for response is Monday, April 21, 2008, and the proposed new date is Friday, April 25, 2008. Counsel for plaintiff, Andrew Heymann, has consented to this requested extension of time. Your honor has granted one previous request by Plaintiff for a ten-day extension for the filing of the Motion. To our knowledge, this extension of time will not impact any other scheduled dates.

Accordingly, it is respectfully requested that this Court grant the requested extension.

Respectfully,

_Gregory W Gilliam_
Gregory W. Gilliam

The request is granted.

cc: Andrew Heymann, Esq. (by e-mail)

File

SO ORDERED.

4|17|08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE