Gregory W. Gilliam
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Tel: (212) 307-5500
Attorneys for Defendants Pusser's Inc., Pusser's Ltd.,
Pusser's West Indies Ltd., and Charles S. Tobias

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                 :   Case No. 08cv2144 (LTS)
MAGWITCH L.L.C.,                       :
                  Plaintiff,         :

V.                            :

PUSSER'S INC, PUSSER'S LTD.,    :
PUSSER'S WEST INDIES LTD., AND  :
CHARLES TOBIAS
                  Defendant.    :
------------------------------------------------------------- X

## MOTION FOR *PRO HAC VICE* ADMISSION OF JOHN A. MCCAULEY

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Gregory W. Gilliam, a member in good standing of the bar of this Court, hereby move for an order allowing the admission *pro hac vice* of:

        Applicant's Name:    John A. McCauley
        Firm Name:            Venable LLP
        Address:               750 East Pratt Street, Suite 900
        City/State/Zip:       Baltimore, Maryland, 21202
        Phone Number:      410-244-7400
        Fax Number:          410-244-7742

Mr. McCauley seeks to appear as counsel on behalf of the defendants Pusser's Inc, Pusser's LTD., Pusser's West Indies LTD., and Charles Tobias in this action and in all related matters.

Mr. McCauley is and has been a member in good standing of the bar of Maryland and the bar of the District of Columbia and has no pending disciplinary proceedings against him in any state or federal court.

Dated:    New York, New York
          June 10, 2007

                                        Respectfully submitted,

                                        VENABLE LLP

                                        By: _____
                                        Gregory W. Gilliam (GG2857)
                                        Rockefeller Center
                                        1270 Avenue of the Americas, 25th Floor
                                        New York, New York  10020
                                        Tele.: (212) 307-5500
                                        Fax: (212) 307-5598

                                        *Counsel for Pusser's Inc, Pusser's LTD., Pusser's*
                                        *West Indies LTD., and Charles Tobias*

Gregory W. Gilliam
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, New York 10020
Tel: (212) 307-5500
Attorneys for Defendants Pusser's Inc., Pusser's Ltd.,
Pusser's West Indies Ltd., and Charles S. Tobias

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
MAGWITCH L.L.C,
                Plaintiff,

v.

PUSSER'S INC, PUSSER'S LTD.,
PUSSER'S WEST INDIES LTD., AND
CHARLES TOBIAS
                Defendant.
------------------------------------------------------------ X

Case No. 08cv2144 (LTS)

**DECLARATION OF GREGORY W. GILLIAM IN SUPPORT OF MOTION
TO ADMIT JOHN A. MCCAULEY TO PRACTICE *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746, Gregory W. Gilliam, declares as follows:

1. I am an attorney admitted to practice before this Court and am an associate at Venable LLP, counsel for Pusser's Inc, Pusser's LTD., Pusser's West Indies LTD., and Charles Tobias ("Pusser's"). I am familiar with the proceedings of this case. I make this declaration in support of defendant's motion to admit John A. McCauley *pro hac vice* as counsel to represent Pusser's in this action and in all related matters.

2. I am a member of good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. McCauley is a partner in the Baltimore, Maryland office of Venable LLP, 750 East Pratt Street, Suite 900, Baltimore, Maryland 21202. Upon information and belief, Mr. McCauley is and has been a member in good standing of the bar of the Maryland and the bar of the District of Columbia and has no pending disciplinary proceedings against him in any state or federal court.

4. Mr. McCauley has read and is familiar with (a) the provisions of the Judicial Code (Title 28 U.S.C.), which pertains to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Evidence; (d) the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; (e) the New York State Lawyer's Code of Professional Responsibility as adopted from time to time by the Appellate Divisions of the State of New York; and (f) the code of Professional Responsibility of the American Bar Association.

5. If admitted to practice before this Court, Mr. McCauley will faithfully adhere to all rules applicable to his conduct in connection with his activities representing defendant in this matter.

6. Mr. McCauley agrees to pay the fee of $25.00 upon filing of this motion to practice *pro hac vice* in this action. Mr. McCauley's telephone number is (410) 244-7400.

7. Mr. McCauley's Certificate of Good Standing from the Clerk of the Court of Appeals of Maryland and from the Clerk of the District of Columbia Court of Appeals is attached hereto as Exhibit A.

8.  I respectfully submit a proposed order granting the admission *pro hac vice* of John A. McCauley as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
      June 10, 2007

                                                    Gregory W. Gilliam (GG2857)

Case 1:08-cv-02144-LTS    Document 30    Filed 06/10/2008    Page 6 of 11

# Court of Appeals
# of Maryland
### Annapolis, MD



### CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-third day of December, 1987,

### John Arthur McCauley

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-seventh day of May, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**JOHN A. McCAULEY**

was on the 5ᵀᴴ day of OCTOBER, 1998 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 6, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
: Case No. 08cv2144 (LTS)
MAGWITCH L.L.C.,  :
                  Plaintiff, :
:
V. :
:
PUSSER'S INC, PUSSER'S LTD., :
PUSSER'S WEST INDIES LTD., AND :
CHARLES TOBIAS :
                  Defendant. :
------------------------------------------------------------ X

## ORDER GRANTING MOTION FOR
## *PRO HAC VICE* ADMISSION OF JOHN A. MCCAULEY

This matter having come before the Court on the motion for an order permitting John A. McCauley, a partner at Venable LLP, to practice *pro hac vice* before the United States District Court for the Southern District of New York (the "Motion") to represent Pusser's Inc, Pusser's LTD., Pusser's West Indies LTD., and Charles Tobias in this action and in all related matters:

IT IS HEREBY ORDERED that the Motion is hereby granted, and John A. McCauley is hereby admitted *pro hac vice* before this Court to represent Pusser's Inc, Pusser's LTD., Pusser's West Indies LTD., and Charles Tobias in this action and in all related matters.

Dated: New York, New York
       June____, 2008

                                      _____
                                      LAURA T. SWAIN, U.S.D.J.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2008 I caused the foregoing Notice of Motion for the *Pro Hac Vice* Admission of John A. McCauley and the accompanying declaration to be sent by first-class mail to the following:

Andrew W. Heymann, Esq.
SOLOMON PEARL BLUM HEYMANN & STITCH LLP
40 Wall Street, 35th Floor
New York, New York 10004
Attorneys for Plaintiff Magwitch L.L.C.

_____
Gregory W. Gilliam (GG2857)