

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

MAGWITCH L.L.C.,
                        Plaintiff,

        v.

PUSSER'S INC, PUSSER'S LTD.,
PUSSER'S WEST INDIES LTD., and
CHARLES TOBIAS
                        Defendants.
------------------------------------------------------------- X

Case No. 08cv2144 (LTS)

### ORDER GRANTING MOTION FOR
### *PRO HAC VICE* ADMISSION OF JASON C. ROSE

      This matter having come before the Court on the motion for an order permitting Jason C. Rose, a partner at Venable LLP, to practice *pro hac vice* before the United States District Court for the Southern District of New York (the "Motion") to represent Pusser's Inc, Pusser's LTD., Pusser's West Indies LTD., and Charles Tobias in this action and in all related matters:

      IT IS HEREBY ORDERED that the Motion is hereby granted, and Jason C. Rose is hereby admitted *pro hac vice* before this Court to represent Pusser's Inc, Pusser's LTD., Pusser's West Indies LTD., and Charles Tobias in this action and in all related matters.

Dated: New York, New York
         June 12, 2008

_____
LAURA T. SWAIN, U.S.D.J.