UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
MAGWITCH L.L.C., : Case No. 08cv2144 (LTS)
                Plaintiff, :
    V. :
PUSSER'S INC, PUSSER'S LTD., :
PUSSER'S WEST INDIES LTD., AND
CHARLES TOBIAS :
                Defendant. :
---------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 16 2008

## ORDER GRANTING MOTION FOR
## *PRO HAC VICE* ADMISSION OF JOHN A. MCCAULEY

This matter having come before the Court on the motion for an order permitting John A. McCauley, a partner at Venable LLP, to practice *pro hac vice* before the United States District Court for the Southern District of New York (the "Motion") to represent Pusser's Inc, Pusser's LTD., Pusser's West Indies LTD., and Charles Tobias in this action and in all related matters:

IT IS HEREBY ORDERED that the Motion is hereby granted, and John A. McCauley is hereby admitted *pro hac vice* before this Court to represent Pusser's Inc, Pusser's LTD., Pusser's West Indies LTD., and Charles Tobias in this action and in all related matters.

Dated: New York, New York
       June 16, 2008

                                                _____
                                                LAURA T. SWAIN, U.S.D.J.